# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PROCON, INC. ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:07-cv-326 |
| v. ) | Varlan / Shirley |
| ) | |
| CALAMP CORP. ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

---

## STIPULATION OF DISMISSAL
---

It is hereby stipulated by all parties hereto who have appeared in this action that all issues between the parties have been compromised or resolved privately; that this action is not subject to the provisions of Rules 23(e) or 66 of the Federal Rules of Civil Procedure or of any similar statute of the United States.

This action is dismissed by the Plaintiff, PROCON, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All parties will bear their own costs.

**APPROVED FOR ENTRY ON THIS _____ DAY OF MARCH, 2008**

**ATTORNEY FOR PLAINTIFF**:

s/Mark P. Crockett
Mark P. Crockett (BPR No. 019352)
Geoffrey D. Kressin (BPR No. 0658)
LUEDEKA, NEELY & GRAHAM, P.C.
P.O. Box 1871
Knoxville, Tennessee 37901
(865) 546-4305

**ATTORNEY FOR DEFENDANT**

s/Andrew Colocotronis
Andrew Colocotronis (BPR No. 017052)
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, PC
2200 Riverview Tower
900 South Gay Street
P.O. Box 1792
Knoxville, Tennessee 37902
(865) 549-7000